# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HOBAR ENTERPRISES LLC,<br><br>         Plaintiff,<br><br> v.<br><br>YADA YADA YADA, INC., d/b/a APR AVIATION, INC.,<br><br>         Defendant. | Case No. 1:13-CV-1811 SKO<br><br>**ORDER GRANTING STIPULATED CONTINUANCE OF ALL CASE SCHEDULE DEADLINES** |

## STIPULATED MOTION

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 143, the parties stipulate to this motion for modification of the case schedule. The parties propose modifying all dates by eight weeks. This Motion is supported by good cause as set forth in the accompanying memorandum and in the Declaration of Isaac Ruiz (Ruiz Decl.).

The parties respectfully request that the case schedule dates be modified as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Plaintiff Expert Disclosures | September 30, 2014 | November 25, 2014 |

| Event | Original Date | Proposed Date |
|---|---|---|
| Defendant Expert Disclosures | October 30, 2014 | December 26, 2014 |
| Rebuttal Disclosures | December 1, 2014 | January 26, 2014 |
| Discovery Deadline, Non-Expert | August 29, 2014 | October 24, 2014 |
| Discovery Deadline, Expert | December 15, 2014 | February 9, 2015 |
| Mid-Discovery Status Conference | August 19, 2014, at 10:00 a.m. | October 14, 2014, at time to be determined by the Court |
| Non-Dispositive Motion Deadline: Filing | December 1, 2014 | January 26, 2015 |
| Non-Dispositive Motion Deadline: Hearing | January 7, 2015 | February 4, 2015 |
| Dispositive Motion Deadline: Filing | January 2, 2015 | February 27, 2015 |
| Dispositive Motion Deadline: Hearing | February 9, 2015 | April 6, 2015 |
| Settlement Conference | December 15, 2014, at 10:30 a.m. in Courtroom 9 | February 9, 2015, at time and place to be established by the Court |
| Pretrial Conference | March 25, 2015, at 10:00 a.m. in Courtroom 2 | May 20, 2015, at time and place to be established by the Court |

| Event | Original Date | Proposed Date |
|---|---|---|
| Trial | May 19, 2015, at 8:30 a.m. in Courtroom 2, 4 days | July 14, 2015, 4 days, at time and place to be established by the Court |

DATED this 9th day of July, 2014.

KELLER ROHRBACK L.L.P.

By: *s/Isaac Ruiz*
    Isaac Ruiz

Isaac Ruiz (Wash. Bar Ass'n 35237), *pro hac vice*
Havila C. Unrein (SBN 290806)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
iruiz@kellerrohrback.com
hunrein@kellerrohrback.com

***Attorneys for Plaintiff Hobar Enterprises LLC***

KERN WOOLEY, P.C.

By: *s/C. Duffy Buchanan*
    C. Duffy Buchanan

C. Duffy Buchanan (SBN 99156)
Courtney Newsom (SBN 294392)
KERN WOOLEY, P.C.
11100 Santa Monica Blvd., Suite 700
Los Angeles, California 90025
Telephone: (310) 824-1777
Facsimile: (310) 824-0892
dbuchanan@kernwooley.com
cnewsom@kernwooley.com

***Attorneys for Yada, Yada, Yada, Inc., d/b/a APR Aviation, Inc.***

|   |   |
|---|---|
| 1 | DAVID HARRIS |
| 2 | By:s/*David Harris* |
| 3 | David Harris |
| 4 | P.O. Box 87 |
| 5 | Aguila, Arizona 85320-0087 |
|   | Telephone: (206) 335-7258 |
| 6 | *Pro Se* |

## ORDER

Good cause appearing and pursuant to the parties' Stipulation, the case scheduling deadlines in this matter are CONTINUED. The new dates are as follows:

| Event | Original Date | Continued Date |
|---|---|---|
| Plaintiff Expert Disclosures | September 30, 2014 | November 25, 2014 |
| Defendant Expert Disclosures | October 30, 2014 | December 26, 2014 |
| Rebuttal Disclosures | December 1, 2014 | January 26, 2014 |
| Discovery Deadline, Non-Expert | August 29, 2014 | October 24, 2014 |
| Discovery Deadline, Expert | December 15, 2014 | February 9, 2015 |
| Mid-Discovery Status Conference | August 19, 2014, at 10:00 a.m. | October 21, 2014, at 10:15 a.m. in Courtroom 7 |
| Non-Dispositive Motion Deadline: Filing | December 1, 2014 | January 26, 2015 |

| Event | Original Date | Continued Date |
|---|---|---|
| Non-Dispositive Motion Deadline: Hearing | January 7, 2015 | February 25, 2015 at 9:30 a.m. in Courtroom 7 |
| Dispositive Motion Deadline: Filing | January 2, 2015 | February 27, 2015 |
| Dispositive Motion Deadline: Hearing | February 9, 2015 | April 8, 2015, at 9:30 a.m. in Courtroom 7 |
| Settlement Conference | December 15, 2014, at 10:30 a.m. in Courtroom 9 | February 23, 2015, at 10:00 a.m. in Courtroom 9 |
| Pretrial Conference | March 25, 2015, at 10:00 a.m. in Courtroom 2 | May 20, 2015, at 2:00 p.m. in Courtroom 7 |
| Trial | May 19, 2015, at 8:30 a.m. in Courtroom 2, 4 days | July 14, 2015, 4 days, at 8:30 a.m. in Courtroom 7 |

IT IS SO ORDERED.

Dated:   **July 9, 2014**                                **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE