UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HOBAR ENTERPRISES LLC,<br><br>                      Plaintiff,<br><br>      v.<br><br>YADA, YADA, YADA, INC., d/b/a APR AVIATION, INC.,<br><br>                      Defendant. | Case No. 1:13-CV-1811-SKO<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF THIRD PARTY DEFENDANT DAVID HARRIS PURSUANT TO RULE 41(a)(2)** |

**STIPULATED DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2), Defendant and Third Party Plaintiff, Yada, Yada, Yada, Inc., d/b/a APR Aviation, Plaintiff, Hobar Enterprises, LLC and Third Party Defendant, David Harris, agree and stipulate that Third Party Defendant, David Harris, shall be dismissed from this litigation, with prejudice, with each party to bear their own costs, on the following terms:

1) that for the purpose of this litigation only, including all claims that have been or could later be asserted in this litigation arising out of the airplane accident by any party against Third Party Defendant, David Harris, Third Party Defendant, David Harris, shall be treated in the same legal capacity as that of an authorized agent of Plaintiff Hobar Enterprises, LLC at the time of the

occurrence, such that any fault attributed to or found on behalf of David Harris shall be vicariously imputed to Hobar Enterprises, LLC, as if it were their own fault, for all purposes in this litigation;

2) that for the purpose of this litigation only, Third Party Defendant, David Harris, agrees to appear and testify in discovery and/or at the trial of this matter with reasonable advance notice, if so requested by Defendant and Third Party Plaintiff, Yada, Yada, Yada, Inc. d/b/a APR Aviation and/or Plaintiff, Hobar Enterprises, LLC; and

3) that David Harris agrees to produce all documents (including photographs) in his possession, custody, or control relating to the subject aircraft and/or the occurrence to counsel for Plaintiff Hobar Enterprises, LLC within 14 days, after which counsel for Plaintiff Hobar Enterprises, LLC will conduct a review and produce all non-privileged, non-work-product documents to counsel for Defendant Yada, Yada, Yada, Inc. d/b/a APR Aviation within 7 days.

DATED this 22nd day of August, 2014.

KELLER ROHRBACK, L.L.P.

By: s/Issac Ruiz
    Isaac Ruiz

Isaac Ruiz, Esq.
Avila C. Unrein, Esq.
Keller, Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
email: iruiz@kellerrohrback.com
hunrein@kellerrohrback.com
***Attorneys for Plaintiff Hobar Enterprises LLC***

|   |   |
|---|---|
| 1 | KERN WOOLEY, P.C. |
| 2 | By: s/C. Duffy Buchanan |
| 3 | C. Duffy Buchanan |
| 4 | C. Duffy Buchanan (SBN 99156)<br>Courtney Newsom (SBN 294392) |
| 5 | KERN WOOLEY, P.C.<br>11100 Santa Monica Blvd., Suite 700 |
| 6 | Los Angeles, California 90025<br>Telephone: (310) 824-1777 |
| 7 | Facsimile: (310) 824-0892<br>dbuchanan@kernwooley.com |
| 8 | cnewsom@kernwooley.com |
| 9 | ***Attorneys for Defendant and Third Party Plaintiff, Yada, Yada, Yada, Inc., d/b/a APR Aviation, Inc.*** |

DAVID HARRIS

By:s/David Harris
    David Harris

David Harris
50839 West Iver Road
Aguila, Arizona 85320-7258
Phone (206) 335-7258
hammerjet@gmail.com
***Third Party Defendant, Pro Se***

IT IS SO ORDERED.

   Dated: **August 27, 2014**            **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE