1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HOBAR ENTERPRISES LLC,<br><br>                                 Plaintiff,<br><br>     v.<br><br>YADA YADA YADA, INC., d/b/a APR AVIATION, INC.,<br>                                 Defendant. | Case No. 1:13-CV-1811 AWI SKO<br><br>JOINT REQUEST TO VACATE THE MID-DISCOVERY STATUS CONFERENCE<br><br>Date: October 21, 2014<br>Time:  10:30 A.M. |

   Hobar Enterprises LLC (plaintiff) and Yada Yada Yada, Inc. (defendant) respectfully request that the Mid-Discovery Status Conference scheduled for October 21, 2014 be vacated.

00454490 JOINT REQUEST TO VACATE THE MID-
            DISCOVERY CONFERENCE - Page 1

1 | DATED this 15th day of October, 2014.

                                            KELLER ROHRBACK L.L.P.


                                            By: /s/ Isaac Ruiz
                                                Isaac Ruiz

Isaac Ruiz (Wash. Bar Ass'n 35237), *pro hac vice*
Havila C. Unrein (SBN 290806)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
iruiz@kellerrohrback.com
hunrein@kellerrohrback.com

Attorneys for Plaintiff Hobar Enterprises LLC


KERN WOOLEY, P.C.


By: /s/ Isaac Ruiz on Behalf of and with Permission from Mr. Buchanan
    C. Duffy Buchanan

C. Duffy Buchanan (SBN 99156)
Courtney Newsom (SBN 294392)

KERN WOOLEY, P.C.
11100 Santa Monica Blvd., Suite 700
Los Angeles, California 90025
Telephone: (310) 824-1777
Facsimile: (310) 824-0892
dbuchanan@kernwooley.com
cnewsom@kernwooley.com

Attorneys for Yada, Yada, Yada, Inc., dba APR Aviation, Inc.

# ORDER

The joint request came on regularly for consideration and the Court being fully advised. It is hereby ordered that the Mid-Discovery Status Conference scheduled for October 21, 2014, be vacated.

IT IS SO ORDERED.

Dated: **October 16, 2014**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE