# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOBAR ENTERPRISES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>YADA YADA YADA, INC., et al.,<br><br>    Defendants. | Case No.  1:13-cv-01811-SKO<br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>(ECF No. 37) |

A settlement conference in this action is set for February 23, 2015, at 10:00 a.m. before the undersigned.  (ECF No. 30.)  On January 30, 2015, the parties submitted a joint request to vacate the settlement conference.  (ECF No. 37.)

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for February 23, 2015, is VACATED;
2. If the parties determine that a settlement conference would be beneficial in this action at a later date they may contact Courtroom Deputy Mamie Hernandez at (559) 499-5672.

IT IS SO ORDERED.

Dated:   **February 2, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1