**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOBAR ENTERPRISES, LLC, | ) No.  1:13-cv-01811-SKO |
| Plaintiff, | ) **ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |
| vs. | ) |
| YADA YADA, YADA, INC. dba APR AVIATION, INC., | ) |
| Defendant. | ) |

On July 17, 2015, the parties' filed a stipulation that the action be dismissed with prejudice, each side to bear their own attorney fees and costs.

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  Rule 41 thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties

1 who have appeared, although an oral stipulation in open court will also suffice. *See Eitel v.*
2 *McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

3     Once the stipulation between the parties who have appeared is properly filed or made in
4 open court, no order of the court is necessary to effectuate dismissal.  Case authority
5 concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) provides that the entry of such a
6 stipulation of dismissal is effective automatically and does not require judicial approval.
7 *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

8     Because the parties have filed a stipulation for dismissal of this case with prejudice
9 under that is signed by all parties, this case has terminated pursuant to the parties' stipulated
10 terms.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

11     Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to
12 administratively close this case.

14 IT IS SO ORDERED.

15     Dated:   **July 27, 2015**                                **/s/ Sheila K. Oberto**
16                                                                           UNITED STATES MAGISTRATE JUDGE